UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                  Case No. 2:05-mj-37

BRANON JACK SUOMUMAKI,                              HON. TIMOTHY P. GREELEY

      Defendant.
_____/

## ORDER OF DETENTION

      A bond violation hearing was conducted before the undersigned on March 3, 2006, at which time the government presented testimony from Probation Officers Lee Sharp and Bonnie Starr.  For the reasons stated on the record, IT IS HEREBY ORDERED that this court's order setting defendant's conditions of release is REVOKED and that the defendant will be detained pending trial.

      IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                                          /s/ Timothy P. Greeley
                                        TIMOTHY P. GREELEY
                                        UNITED STATES MAGISTRATE JUDGE

Dated:  March 10, 2006